**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:17-cv-02932-KLM**

**JOSEPH DURRANT, on behalf of himself and all similarly situated persons,**

    **Plaintiff,**

**v.**

**SHAUN'S TOWING AND RECOVERY, LLC and SHAUN HEALY, Individually**

    **Defendants.**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate to the dismissal of the above-styled and numbered cause with prejudice, with each party to bear their own attorneys' fees and court costs.

Wherefore, Plaintiff and Defendant respectfully request that the Court enter an order of dismissal with prejudice, with each party to bear their own court costs and attorneys' fees.

Date: January 10, 2020						Respectfully Submitted,

             **ANDERSON ALEXANDER, PLLC**

          By: /s/ *Clif Alexander*
             Clif Alexander
             clif@a2xlaw.com
             Lauren E. Braddy
             lauren@a2xlaw.com
             819 N. Upper Broadway
             Corpus Christi, Texas 78401
             Telephone: (361) 452-1279
             Facsimile: (361) 452-1284

             **THE LAW OFFICES OF BRIAN D. GONZALES**

             Brian D. Gonzalez
             2580 East Harmony Road, Suite 201
             Fort Collins, Colorado 80528
             Telephone: (970) 214-0562
             BGonzales@ColoradoWageLaw.com
             **Attorneys for Plaintiff and**
             **Putative Class Members**

             **THE PORTO LAW FIRM**

             */s/ Nicholas J. Porto*
             Nicholas J. Porto
             1600 Baltimore, Suite 200A
             Kansas City, Missouri 64108
             Telephone:     (816)-463-2311
             Fax Number:  (816)-463-9567
             nporto@portolaw.com

             **THE MCGOVERN LAW FIRM**

             */s/ Michael P. McGovern*
             Michael P. McGovern
             3021 Tazewell Pike
             Knoxville, Tennessee 37918
             Telephone:     (865)-686-4981
             Fax Number:  (865)-687-1732
             michael@themcgovernlawfirm.com
             **Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Colorado, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander