IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02932-KLM

JOSEPH DURRANT, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

SHAUN'S TOWING AND RECOVERY, LLC, and
SHAUN HEALY, individually,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Stipulation of Dismissal with Prejudice** [#52] ("Stipulation"). Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."

    Because the Stipulation is signed by counsel for all parties of record who have stipulated to dismiss **with prejudice**,

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court shall close this case.

    Dated: January 13, 2020